UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00418-DOC-(JDEx) | Date | May 23, 2022 |
|---|---|---|---|
| Title | Adam Ghadiri v. SoCal Cabinets and Floors, et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFF:** | **ATTORNEYS PRESENT FOR DEFENDANT:** |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

On April 1, 2022, the Court issued a standing order re: PROSECUTION OF CERTAIN CASES UNDER THE AMERICANS WITH DISABILITIES (Dkt. 11). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders that the plaintiff be sanctioned $300--payable to the clerk of the court within two weeks of this notice -- for failure to comply with the Orders of the Court.

- : -

Initials of Deputy Clerk   kdu